UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------------------------x

Quentin Howard, individually and on behalf of all others similarly situated,

                Plaintiff,

Civil Action No: 1:23-cv-89

-v.-

TrueAccord Corp.,

                Defendants.

-------------------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiff, and Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** November 8, 2023

| For Plaintiff Quentin Howard | For Defendant Trueaccord, Corp. |
|---|---|
| */s/ Yaakov Saks*<br>Yaakov Saks<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ysaks@steinsakslegal.com | */s/ Lauren Marshall Burnette*<br>Lauren Marshall Burnette<br>Messer Strickler Burnette, Ltd<br>12276 San Jose Blvd suite 718<br>Jacksonville, FL 32223<br>lburnette@messerstrickler.com |

It is so Ordered this 9th day of November, 2023.

*Susan Paradise Baxter*